```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
MEADE MYRES,                         :
                                     :
              Plaintiff,             :      06 Civ. 902 (JSR)
                                     :
              -v-                    :      ORDER
                                     :
FEDEX CORPORATE SERVICES, INC.,      :
                                     :
              Defendant.             :
----------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

        By letter dated May 18, 2006, plaintiff in the above-
captioned matter advised the Court that she no longer wished to
pursue this action.  Accordingly, the Court hereby dismisses the case
without prejudice.  Clerk to enter judgment.

        SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        May 31, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-06